IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT**  **PLAINTIFF**
**ADC #131042**

v.  CASE NO. 5:19-CV-00079 BSM

**JAMES PLUMMER**  **DEFENDANT**

## ORDER

After careful review, United States Magistrate Judge Patricia S. Harris's findings and partial recommendation [Doc. No. 22] are adopted, and Scott's motion for an emergency restraining order and temporary injunction [Doc. No. 21] is denied.

IT IS SO ORDERED this 3rd day of September 2019.

_____
UNITED STATES DISTRICT JUDGE