IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEVERICK SCOTT**                                                                    **PLAINTIFF**
**ADC #131042**

v.                       **CASE NO. 5:19-CV-00079-BSM**

**WENDY KELLEY**, *et al.*                                                **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia Harris's proposed findings and recommendations [Doc. No. 61] are adopted. James Plummer's motion for summary judgment [Doc. No. 43] is granted and Deverick Scott's motion for summary judgment [Doc. No. 47] is denied. Accordingly, this case is dismissed with prejudice.

IT IS SO ORDERED, this 29th day of March, 2021.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE