IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEVERICK SCOTT**                                                                                      **PLAINTIFF**
**ADC #131042**

v.                              CASE NO. 5:19-CV-00079-BSM

**WENDY KELLEY,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 29th day of March, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE